UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

BEAUTIFUL JEWELLERS PRIVATE LTD.,   :

                Plaintiff,   :   **ORDER**

    - against -   :   06 Civ. 3085 (GBD)(FM)

TIFFANY & CO.,   :

                Defendant.   :

-----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/30/09

**FRANK MAAS**, United States Magistrate Judge.

    Pursuant to the telephone conference held earlier today, it is hereby

ORDERED that a further telephone conference shall be held on April 8, 2009, at 10 a.m.

Counsel for plaintiff should initiate the conference by calling Chambers at (212) 805-6727.

    SO ORDERED.

Dated:    New York, New York
            March 30, 2009

                                                      FRANK MAAS
                                                United States Magistrate Judge

Copies to:

Hon. George B. Daniels
United States District Judge

Todd A. Higgins, Esq.
Crosby & Higgins, LLP
Fax: (646) 452-2301

Jeffrey A. Mitchell, Esq.
Gibbons, P.C.
Fax: (212) 554-9696